**SEALED**

**FILED**

FEB 13 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORDER TO PERMIT FORENSIC EXTRACTION OF DATA FROM CELLULAR PHONES | CASE NOS: 2:18-SW-066, -067, -068, -069, -070, -075, -077, -079, -080, -082, -083, -084, -088, -089, -090, -091, -092, -093, -094, -095, -097, -098, -099, -100, -101, -102, -103, -104, -105, -110, -111, -112, -113, -114, -115, -119, -120, -123<br><br>[~~PROPOSED~~] ORDER<br><br>**UNDER SEAL** |

Pursuant to Federal Rule of Criminal Procedure 41(e)(2)(B), the United States of America has applied for more precise authority to conduct contemporaneous forensic extractions of phones that are seized under the authority provided in the search warrants listed in this order. Having reviewed the application, and good cause having been shown, it is SO ORDERED that the Government may conduct contemporaneous downloads of such devices for the sole purpose of preserving their contents.

Nothing in this order authorizes law enforcement to search any of the seized devices, whether by reviewing the phones themselves or the electronic files to be created by the forensic extractions. As to the phones seized under the search warrants listed in this Order, any such review may occur only upon successful applications for search warrants. Law enforcement may, however, take those steps that are customary and necessary in preparing a phone for a forensic extraction, such as by setting the phone to "Airplane" mode and bringing up screens that provide pedigree information needed to create the electronic files.

If a search warrant for any given phone is denied, law enforcement shall preserve a single physical copy of the given electronic file on an appropriate medium (i.e., a DVD or BluRay disc) and shall not review it, except to confirm that the file has been successfully copied to the medium.

The authority is provided for the following search warrants: 2:18-SW-066, 2:18-SW-067, 2:18-SW-068, 2:18-SW-069, 2:18-SW-070, 2:18-SW-075, 2:18-SW-077, 2:18-SW-079, 2:18-SW-080, 2:18-SW-082, 2:18-SW-083, 2:18-SW-084, 2:18-SW-088, 2:18-SW-089, 2:18-SW-090, 2:18-SW-091, 2:18-SW-092, 2:18-SW-093, 2:18-SW-094, 2:18-SW-095, 2:18-SW-097, 2:18-SW-098, 2:18-SW-099, 2:18-SW-100, 2:18-SW-101, 2:18-SW-102, 2:18-SW-103, 2:18-SW-104, 2:18-SW-105, 2:18-SW-110, 2:18-SW-111, 2:18-SW-112, 2:18-SW-113, 2:18-SW-114, 2:18-SW-115, 2:18-SW-119, 2:18-SW-120, and 2:18-SW-123.

In light of the pending execution of the search warrants, and the fact that the warrants are presently under seal, the application and order are also ordered filed under seal.

SO ORDERED.

Dated: February 13, 2018

The Honorable Kendall J. Newman
United States Magistrate Judge