SEALED

FILED
FEB 13 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| APPLICATION AND PROPOSED ORDER TO PERMIT FORENSIC EXTRACTION OF DATA FROM CELLULAR PHONES | CASE NOS: 2:18-SW-066, -067, -068, -069, -070, -075, -077, -079, -080, -082, -083, -084, -088, -089, -090, -091, -092, -093, -094, -095, -097, -098, -099, -100, -101, -102, -103, -104, -105, -110, -111, -112, -113, -114, -115, -119, -120, -123 |
|---|---|
| | ~~PROPOSED~~ ORDER |

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: Feb 13, 2018

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE